# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 23-323 (JWB/LIB) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| Benigno Alvarez-Gutierrez, | |
| Defendant. | |

United States Magistrate Judge Leo I. Brisbois issued a Report and Recommendation ("R&R") on June 18, 2025. (Doc. No. 84.) No objections to that R&R have been filed in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* 28 U.S.C. § 636(b); Fed. R. Crim. P. 59(b); D. Minn. LR 72.2; *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001) (failing to file objections waives the right to de novo review of any portion of an R&R); *accord Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The June 18, 2025 Report and Recommendation (Doc. No. 84) is **ACCEPTED**; and

2. Defendant's Motion to Suppress Statements (Doc. No. 30) is **DENIED**.

Date: August 15, 2025

                                                       *s/ Jerry W. Blackwell*
                                                       JERRY W. BLACKWELL
                                                       United States District Judge